
FILED
MAR 0 5 2018
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR43 |
| | § | Judge Mazzant |
| FRANK CACOPARDO | § | |

## ELEMENTS OF THE OFFENSE

Defendant **Frank Cacopardo** is charged in Count One of an Information with a violation of 18 U.S.C. § 1955, conducting a gambling business that violates Texas state law. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. The defendant conducted, financed, managed, supervised, directed or owned all or part of a gambling business; and

2. That such gambling business:

    a. Violated the laws of the state in which it was conducted, namely, Texas; and

    b. Involved five or more persons who conducted, financed, managed, supervised, directed or owned all or part of said illegal gambling business; and

    c. has been or remained in substantially continuous operation for more than 30 days, or had a gross revenue of $2,000 or more on any single day.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

M. ANDREW STOVER
Assistant United States Attorney
Texas Bar No. 19349300
101 East Park Blvd., Suite 500
Plano, TX   75074
Tel: (972) 509-1201
Fax: (972) 509-1209
andrew.stover@usdoj.gov

### Certificate of Service

I certify that a copy of the foregoing was delivered via CM/ECF to Jerry Biesel, counsel for defendant, on March 2, 2018.

M. ANDREW STOVER