| DATE | 5/9/18 | CASE NUMBER | 4:18-cr-43 ALM/KPJ |
|---|---|---|---|
| LOCATION | Plano | USA | Andrew Stover  Assigned |
| JUDGE | Kimberly C. Priest Johnson | VS | _Andrew Stover_  Appeared |
| DEPUTY CLERK | Toya McEwen | | |
| COURT REPORTER: | Digital Recording | **FRANK CACOPARDO** | |
| INTERPRETER: | | Defendant | |
| BEGIN | 11:23am | Jerry Biesel, RET | |
| | | Attorney | |

**FILED MAY -9 2018** Clerk, U.S. District Court Texas Eastern

- ☐ PLEA TO INFORMATION, Initial Appearance and Arraignment held on Indictment
- ☑ INITIAL APPEARANCE AND PLEA TO INFORMATION ☐ WAIVER OF INDICTMENT SIGNED

☑ CASE CALLED ☑ DEFENDANT SWORN ☐ Hearing held by Interpreter: _____

☑ Defendant appears with counsel __Jerry Biesel__.

### INITIAL APPEARANCE

☑ Dft ☑ advised of charges ☑ advised of maximum penalties ☐ advised of right to remain silent;
☐ advised of right to counsel ☑ received copy of information

### PLEA TO INFORMATION

☑ Defendant to plea guilty to Count(s) __One (1)__ of the Information.
☑ Defendant signed Waiver and Consent to Administration of Guilty Plea by United States Magistrate Judge.
☑ Dft signed Waiver of Indictment. ☐ Dft signed Waiver of Venue ☐ Dft signed Waiver of Statute of Limitations
☑ Court found defendant competent for change of plea hearing.
☑ Defendant advised of Constitutional rights. ☑ Defendant acknowledged understanding Constitutional rights.
☑ AUSA stated essential elements to be proven
☑ Defendant acknowledged understanding the essential elements and Defendant acknowledged having committed the elements.
☑ Court ☐ AUSA stated maximum range of penalty.
☑ Defendant acknowledged satisfaction with representation of counsel
☑ Court reviewed rights regarding a plea of guilty and right to appeal.
☑ Reviewed Plea agreement with defendant.
☑ Reviewed ☑ Factual Basis ☐ Statement of Facts with defendant.
☑ AUSA and Defendant acknowledged factual basis has been established.
☐ Consent, Waiver of Indictment, Plea Agreement (under seal), Factual Basis, and Addendum (under seal) entered into the record.
☐ Defendant is not a citizen of the United States ☐ Defendant is not a legal permanent resident.
☐ Court advised defendant of deportation possibilities. ☐ Defendant acknowledged understanding deportation possibility.
☐ Forfeiture provision explained to Defendant ☐ Defendant acknowledged understanding forfeiture provision.
☐ Court advised defendant of requirement to register as sex offender. ☐ Defendant acknowledged understanding registration requirement.
☑ Defendant entered plea of guilty to Count __One of the Information__.
☑ Court will recommend district court accept plea of guilty
☑ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.
☐ Defendant remanded to custody of U.S. Marshal.
☑ Defendant placed on ~~Conditions of Release~~. PR Bond.
☐ Defendant to remain on Conditions of Release based on extraordinary circumstances per the AUSA.

☑ Recess 11:39am

☐ _____

☐ Court recessed. _____.